JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID SABINO QUAIR, III, | Case No. 5:19-00058 PSG (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| CSP-CDCR-DIRECTOR OF CORRECTIONS, et al., | |
| Respondents. | |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: July 03, 2019

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States District Judge